UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Donald Earl Eaddy, | ) | C/A No. 5:13-cv-02932-RBH-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| John Pate, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, proceeding pro se and *in forma pauperis*, brought this action alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983. On April 15, 2014, Defendant John Pate filed a Motion for Summary Judgment. ECF No. 31. Plaintiff is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising him of the importance of such motions and of the need for him to file adequate responses. ECF No. 32. Plaintiff was specifically advised that if he failed to respond adequately, the Defendant's motion may be granted, thereby ending this case.

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Plaintiff has failed to respond to these motions. As such, it appears to the court that he does not oppose these motions and wishes to abandon this action against these Defendants. Based on the foregoing, Plaintiff is directed to advise the court whether he wishes to continue with this case and to file a response to Defendant John Pate's Motion for Summary Judgment by **June 9, 2014**. Plaintiff is further advised that if he fails to respond,

this action will be recommended for dismissal with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

May 22, 2014                                                      Kaymani D. West
Florence, South Carolina                     United States Magistrate Judge